676

Benefit of the Creditors of FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of LEON L. SAMELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application to Compel NETTIE M. WEIL and Others, as Executors, etc., of EDMOND WEIL, Deceased, to Return an Inventory of the Personal Property of the Said Decedent.— Order affirmed, with ten dollars costs and disbursements to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, Respondents, v. PEARL HARRIS MARROW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE REAL ESTATE HOLDING CORPORATION and CHARLES SCHIMMER, Plaintiffs, v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Defendants, Impleaded with JEAN JOSEPH ADAM and Others, Appellants, and FRED A. TOOTE and Another, as Trustees, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. YETTA BECKERMAN, Now Known as YETTA LANDMAN, Respondent.— Order modified by striking out issues numbered 1, 2, 4, 5 and 7, and narrowing the issues numbered 3, 6, 8, 9 and 10 as proposed by the appellant, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BAYARD VEILLER, Respondent, v. AMERICAN PLAY Co., INC., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES ELGAR, Plaintiff, v. MARYLAND CASUALTY COMPANY, Respondent, and MARCY PLACE BUILDING CORPORATION, Defendant. HENRY ROSNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED J. COOPER, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., and GERARD LUISI, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED J. COOPER, Respondent, v. ALT WOOLEN COMPANY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE U. WALLACH, Respondent, v. MAXWELL M. WALLACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE U. WALLACH, Respondent, v. MAXWELL M. WALLACH, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELENE B. KECK, Appellant, v. THOMAS A. KECK, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RALEIGH W. DODSON, Appellant, v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant, etc., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JANAVINCE KERENS PIERCE, Respondent, Appellant, v. WALTER BRYANT PIERCE, Appellant, Respondent.— Order modified by increasing the amount of alimony to be paid to the plaintiff for her support and the education and support of the children of their marriage to the sum of $250 a week, and counsel fee to the sum of $1,000, and as so modified affirmed, with $10 costs and disbursements to the plaintiff. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANK J. TYLER, Acting as Trustee under the Last Will and Testament of BENJAMIN HAWKER, Deceased.— Order affirmed, with ten dollars costs and disbursements to respondents Hawker and others. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDITH LAMPORT and DANIEL COHEN, as Surviving Trustees, etc., Respondents, v. SAMUEL C. LAMPORT, Appellant. SAMUEL HELLINGER and Others, as Executors, etc., of NATHAN LAMPORT, Deceased, Appellants; JOSEPH H. LAMPORT, Respondent.— Order modified by providing that the motion is denied upon condition that during the pendency of the action brought by the executors the plaintiffs herein be enjoined from making investments in securities other than those legal for trust funds and from paying over any portion of the corpus of the trust. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALLACE S. JACOBS, Appellant, v. SALLY S. JACOBS, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY SHAW WHITTAKER, Appellant, v. PERCIVAL J. H. WHITTAKER, Respondent, Impleaded with Others.-— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY SHAW WHITTAKER, Appellant, v. PERCIVAL J. H. WHITTAKER, Defendant, Impleaded with ELLA CHIRNEY CHRISTIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY KLUGER, Appellant, v. HARRY FARBER and LOUIS FARBER, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VINCENT KOTMEL and EMMA KOTMEL, Administrators, etc., of FRANK KOTMEL, Deceased, Respondents, v. JAMES J. NAGLE and KATHRYN NAGLE, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted,